| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>CODY GRAY - # 310525<br>cgray@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188<br><br>*Attorneys for Defendants DEMANDBASE, INC. and INSIDEVIEW TECHNOLOGIES, INC.* | Michael F. Ram, SBN 104805<br>Email: mram@forthepeople.com<br>Marie N. Appel, SBN 187483<br>Email: mappel@forthepeople.com<br>MORGAN & MORGAN<br>  COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile:     (415) 358-6923<br><br>Samuel J. Strauss, *Admitted Pro Hac Vice*<br>Email: sam@turkestrauss.com<br>Raina C. Borrelli, *Admitted Pro Hac Vice*<br>Email: raina@turkestrauss.com<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>Telephone: (608) 237-1775<br>Facsimile:     (608) 509-4423<br><br>Benjamin R. Osborn<br>Email: ben@benosbornlaw.com<br>102 Bergen Street<br>Brooklyn, NY 11201<br>Telephone: (347) 645-0464<br><br>*Attorneys for Plaintiff and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMOS GBEINTOR, on behalf of himself and all other similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>DEMANDBASE, INC. and INSIDEVIEW TECHNOLOGIES, INC.,<br><br>              Defendants. | Case No. 21-cv-9470<br><br>**STIPULATION AND ORDER**<br><br>Judge: Haywood S. Gilliam, Jr.<br><br>Date Filed: December 8, 2021 |

# **STIPULATION**

This undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed a complaint in the above-entitled action in the United States District Court, Northern District of California, on December 8, 2021 (the "Complaint");

WHEREAS, Plaintiff filed the Certificate of Service of the Complaint on Defendant Demandbase, Inc. on January 5, 2022;

WHEREAS, Plaintiff filed the Certificate of Service of the Complaint on Defendant InsideView Technologies, Inc. on January 12, 2022;

WHEREAS, pursuant to Local Rule 6-1(a), the parties have stipulated and agreed to extend Defendants' time to answer or otherwise respond to the Complaint to March 4, 2022;

WHEREAS, pursuant to Local Rule 6-1(b), the parties have stipulated and agreed to a briefing schedule on any motion filed in response to the Complaint as follows: any opposition shall be filed no later than March 29, 2022, and any reply shall be filed no later than April 12, 2022;

IT IS HEREBY STIPULATED AND AGREED that:

1. The Defendants' time to answer or otherwise respond to the Complaint is extended 37 days, up to and including March 4, 2022;

2. Plaintiff's time to file any opposition to a motion filed in response to the Complaint is extended 11 days, up to and including March 29, 2022;

3. The Defendants' time to file any reply in support of a motion filed in response to the Complaint is extended 14 days, up to and including April 19, 2022.

SO STIPULATED.

Dated: January 21, 2022              KEKER, VAN NEST & PETERS LLP

                          By:  /s/ *R. Adam Lauridsen*
                               R. ADAM LAURIDSEN
                               JULIA L. ALLEN
                               CODY GRAY

                               Attorneys for Defendants
                               DEMANDBASE, INC. and INSIDEVIEW
                               TECHNOLOGIES, INC.


Dated: January 21, 2022              TURKE & STRAUSS LLP

                          By:  */s/ Raina Borrelli*
                               SAM STRAUSS
                               RAINA BORRELLI

                               Attorneys for Plaintiff
                               AMOS GBEINTOR, on behalf of himself
                               and all other similarly situated

### CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, R. ADAM LAURIDSEN, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with N.D. Cal. Civ. L.R. 5-1(h)(3), I hereby attest that each of the signatories has concurred in the filing of this document and has authorized the use of his or her electronic signature.

                               */s/ R. Adam Lauridsen*
                               R. ADAM LAURIDSEN

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  1/24/2022                                                      By: *Haywood S. Gill Jr.*

United States District Court Judge