1   KEKER, VAN NEST & PETERS LLP
    R. ADAM LAURIDSEN - # 243780
2   alauridsen@keker.com
    JULIA L. ALLEN - # 286097
3   jallen@keker.com
    CODY GRAY - # 310525
4   cgray@keker.com
    633 Battery Street
5   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
6   Facsimile:    415 397 7188

7   Attorneys for Defendants
    DEMANDBASE, INC. and
8   INSIDEVIEW TECHNOLOGIES, INC.

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                               OAKLAND DIVISION

12

13   AMOS GBEINTOR, WILTON              Case No. 4:21-cv-09470-HSG
     ALDERMAN, and DRU DOMINICI, on
14   behalf of himself and all other similarly   **[PROPOSED] ORDER GRANTING
     situated,                         DEFENDANTS' MOTION TO STAY**
15
                Plaintiff,              Date:        November 10, 2022
16                                      Time:        2:00 p.m.
            v.                          Courtroom:   2—4th Floor
17                                      Judge:       Hon. Haywood S. Gilliam, Jr.
     DEMANDBASE, INC. and INSIDEVIEW
18   TECHNOLOGIES, INC.,                Date Filed:  December 8, 2021

19              Defendants.             Trial Date:  N/A.

20

21

22

23

24

25

26

27

28

1   **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY**

2       Before the Court is Defendants Demandbase, Inc. and InsideView Technologies, Inc.'s

3   (jointly, "Defendants") motion to stay the action filed by Plaintiffs Amos Gbeintor, Wilton

4   Alderman, and Dru Dominici pending resolution of the related Ninth Circuit appeal, *Martinez v.*

5   *ZoomInfo Technologies, Inc.*, Case No. 22-35305 (9th Cir. Apr. 15, 2022) ("*Martinez* appeal").

6   Also before the Court is Defendants' alternative motion to stay discovery in Plaintiffs' action

7   pursuant to California's anti-SLAPP statute, California Code of Civil Procedure § 425.16(g),

8   pending resolution of Defendants' concurrently-filed and underlying motion to strike.

9       Having considered the parties' papers and argument, the Court **GRANTS** Defendants'

10  motion to stay.  Plaintiffs' action is **STAYED** pending resolution of the *Martinez* appeal.

11      Defendants shall notify the Court within 10 days when the *Martinez* appeal resolves.

12

13  **IT IS SO ORDERED.**

14

15  Dated: _____          _____
                                            HON. HAYWOOD S. GILLIAM, JR.
16                                          U.S. DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

1855997