1 | KEKER, VAN NEST & PETERS LLP
R. ADAM LAURIDSEN - # 243780
2 | alauridsen@keker.com
JULIA L. ALLEN - # 286097
3 | jallen@keker.com
CODY GRAY - # 310525
4 | cgray@keker.com
633 Battery Street
5 | San Francisco, CA 94111-1809
Telephone: 415 391 5400
6 | Facsimile: 415 397 7188

7 | Attorneys for Defendants
DEMANDBASE, INC., and
8 | INSIDEVIEW TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMOS GBEINTOR, WILTON ALDERMAN, and DRU DOMINICI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEMANDBASE, INC., and INSIDEVIEW TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 4:21-cv-09470-HSG<br><br>**DECLARATION OF R. ADAM LAURIDSEN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>**Pursuant to Fed. R. Evid. 201.**<br><br>Date: November 10, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2 —4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: December 8, 2021<br><br>Trial Date: N/A. |

# DECLARATION OF R. ADAM LAURIDSEN

1. I, R. Adam Lauridsen, am a partner at Keker, Van Nest & Peters LLP, counsel for Defendants Demandbase, Inc. and InsideView Technologies, Inc. in the above-captioned matter. I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto. This declaration is filed in support of the request for judicial notice filed in support of Defendants' motion to dismiss, motion to strike, and motion to stay.

## Plaintiffs' Publicly Available LinkedIn Profiles

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Amos Gbeintor's publicly-available LinkedIn profile which is available at the following public website: https://www.linkedin.com/in/amos-e-gbeintor-sr-68925226/ (last accessed May 13, 2022).

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff Wilton Alderman's publicly-available LinkedIn profile which is available at the following public website: https://www.linkedin.com/in/wiltonalderman/ (last accessed May 13, 2022).

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff Dru Dominici's publicly-available LinkedIn profile which is available at the following public website: https://www.linkedin.com/in/dru-dominici/ (last accessed May 13, 2022).

## The *Martinez* Appeal

5. Attached hereto as **Exhibit D** is a true and correct copy of the complaint filed in *Martinez v. ZoomInfo Techs., Inc.*, No. C21-5725 (W.D. Wash. Sept. 30, 2021) ("*Martinez*").

6. Attached hereto as **Exhibit E** is a true and correct copy of the motion to dismiss and motion to strike filed by the defendant in the *Martinez* action on December 8, 2021.

7. Attached hereto as **Exhibit F** is a true and correct copy of the notice of appeal filed by the defendant in the *Martinez* action on April 14, 2022.

8. Attached hereto as **Exhibit G** is a true and correct copy of the stipulated stay order entered in the *Martinez* action on May 10, 2022.

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed on May 13, 2022 at San Francisco, California.

R. ADAM LAURIDSEN
Counsel for Defendants
DEMANDBASE, INC., and
INSIDEVIEW TECHNOLOGIES, INC.