# Exhibit A

   



# Amos E. Gbeintor Sr. · 3rd

Business Analyst / Subject Matter Expert (SME) on Assembly Product AAS, BA, MPA, MPM

-  State of California
- Keller Graduate School of Management

Roseville, California, United States · Contact info

124 connections

Connect   Message   More

## About

My goal of success is to provide customer-driven initiatives that focus on diverse service experience in business development, project management, and Data Center Operation.
It is essential that I demonstrate cross functional expertise by coordinating ...see more

## Activity
124 followers

+ Follow

### Amos E. hasn't posted lately
Amos E.'s recent posts and comments will be displayed here.

Show all activity →



 **Information Systems Analyst**
State of California
Nov 2000 - Present · 21 yrs 7 mos
1100 J Street, Sacramento, CA. 95814

My responsibility is to manage the Assembly Television Catalog System Product, providing customer support, and performing CRM, Initia ...see more

   

# Education

**Keller Graduate School of Management**
Master of Public Administration (MPA) MPM Project Management, Emphasis on Government Strategic Planning
2009 - 2013

Activities and societies: Project Management Educational Club

 **Brandman University**
Doctor of Education (Ed.D.), Future Transformational Change Director
2015

Activities and societies: Future Debate Team

On Friday, June 12, 2015 2:33 PM, "Avila, Deann" <deavila@brandman.edu> wrote:

# Licenses & certifications

**A Manager Certificate from the Office of Legislative Counsel, State of California**

# Volunteering

**Assisted in the Trauma Center and Emergency Room**
U C Davis Health Center, Sacramento California
Jun 2006 - Present · 16 yrs
Education

## Skills

**SDLC** · 6

**SharePoint** · 4

**Project Management** · 4

Show all 15 skills →

## Languages

**English**
Full professional proficiency

**Mano originated from Liberia**
Native or bilingual proficiency

## Interests

**Companies**    Schools


**State of California**
79,682 followers


**Brandman University**
22,499 followers

Show all 8 companies →





### Subscribe with Google
Understand the impact with WSJ. Subscribe with Google. Only $8 per month.

Learn more



### Pursue Work in Mediation
Earn your online LLM from top-ranked Pepperdine in 12 months. JD req'd.

Learn more

## People also viewed



**Tony Andriani**
• 3rd
Retired BI and Analytics professional

Message



**Ayo Taylor**
• 3rd
Communications Director California Assembly

Message



**Leanette Dahn, MPM**
• 3rd
Department of Transportation

Message



**Leon Baradat**
• 3rd
IT generalist

Message

**Kathy Neu**
• 3rd+
Information Systems Analyst at CalSTRS

Message

Show more

## People you may know

  Home    My Network    Jobs

Connect


**Franco Muzzio**
Associate at Keker, Van Nest & Peters LLP

Connect


**Victor Chiu**
Associate at Keker, Van Nest & Peters LLP

Connect


**R. James Slaughter**
Partner, Keker, Van Nest & Peters LLP

Connect


**Victor H. Yu**
Associate at Keker, Van Nest & Peters LLP

Connect

Show more

 **LEARNING**

Add new skills with these courses, free for 24 hours

 CIPP/US Cert Prep: 2 Private Sector Privacy

 Introduction to Quantum Computing

 Project Management for Creative Projects

See my recommendations

 

Home　　My Network　　Jobs