# Exhibit B





# Wilton Alderman · 3rd

Management Analyst at City of Brentwood, CA

-  City of Brentwood, CA
-  Keller Graduate School of Management of DeVry University

Oakley, California, United States · **Contact info**

500+ connections

[Message] [More]

## About

Experienced analyst with a concentration in contract management, procurement, budgeting, and finance and data analysis.

## Activity
1,091 followers

[+ Follow]

**Wilton hasn't posted lately**
Wilton's recent posts and comments will be displayed here.

Show all activity →

## Experience

 
City of Brentwood, CA

Aug 2019 - Present · 2 yrs 10 mos

Brentwood, CA

Researches, implements, and administers policies, procedures, and changing business practices and processes. Coordinates, structures, and ov  ...see more

### Senior Administrative Analyst - Contract and Grants Manager

City and County of San Francisco

Oct 2015 - Jul 2019 · 3 yrs 10 mos

San Francisco Bay Area



### Junior Management Assistant

San Francisco Municipal Transportation Agency (SFMTA)

Jan 2014 - Oct 2015 · 1 yr 10 mos



### StoragePRO, Inc

7 yrs 9 mos

#### Area Performance Manager

Oct 2013 - Jan 2014 · 4 mos

San Francisco Bay Area - Central Valley

• Recruiting and training of new managers, customer service, and sales staff.
• Ongoing development, motivation, supervision, and support of  ...see more

#### Property Manager

May 2006 - Oct 2013 · 7 yrs 6 mos
San Francisco Bay Area

• Recruiting and training of new managers, customer service, and sales staff.
• Ongoing development, motivation, supervision, and support of  ...see more

### Custom designer furniture framing



• Build custom designer furniture from blueprints.
• Use of band saws, table saws, cutoff saws, sanders, and other m   ...see more

Show all 8 experiences →

## Education



**Keller Graduate School of Management of DeVry University**
Master of Business Administration (M.B.A.), Human Resources Management
2012 - 2014

Grade: GPA - 3.94 out of 4.0

Graduated with honors receiving an MBA with a concentration in Human Resource Management.

**DeVry University**
Bachelor of Science in Technical Management, Human Resources Management
2008 - 2012

Grade: 3.89 GPA Magna Cum Laude

Dean's List 3.89 GPA

## Skills

**Training** · 33

  Endorsed by David Walker and 3 others who are highly skilled at this

  Endorsed by 5 colleagues at StoragePRO Management, Inc

**Management** · 26

  Endorsed by 2 colleagues at StoragePRO Management, Inc

**Recruiting** · 22

  Endorsed by Alex Stoopenkoff and 1 other who is highly skilled at this

  Endorsed by 2 colleagues at StoragePRO Management, Inc

Show all 50 skills →


**Received**   Given

### James Lyle
Technical Recruiter at General enterprises
April 17, 2015, James reported directly to Wilton

I have never experienced a more concerned, understanding, and comprehending person/supervisor in my 30 years of...well, I'm 50. Wil is, without question, beneficial. He has always lifted us up with grace and dignity. He is bright, thoughtful, considerate, kind, and moral.

### Gary Cimina · 3rd
Self Storage Consultant
December 17, 2013, Gary managed Wilton directly

Wil was a very effective Property Manager at StoragePRO in San Francisco. He has great customer service skills and ran a very clean facility. He was my go to guy for IT issues as well.



### Elizabeth Dark · 3rd
MS-HRM
October 28, 2013, Elizabeth was senior to Wilton but didn't manage Wilton directly

Wilton's attention to detail and professionalism creates a high level of confidence in the results of his work. He always steps up to new challenges and delivers positive solutions. He is a team player!

**Show all 5 received →**

## Honors & awards

**Awarded for going Above and Beyond**
Apr 2013

  Associated with StoragePRO, Inc.

**Awarded Highest Revenue Growth Companywide**
Apr 2012

  Associated with StoragePRO, Inc.



Member · Apr 2013 - Present

 Associated with StoragePRO, Inc.

## Interests

**Influencers**   Companies   Groups   Schools

 **Deepak Chopra MD (official)** · 3rd
Founder at Deepak Chopra LLC
5,807,417 followers

**Richard Branson**
Founder at Virgin Group
19,738,573 followers

Show all 5 influencers →

## Causes

Animal Welfare • Arts and Culture • Economic Empowerment • Education • Human Rights • Science and Technology • Social Services

---

Promoted   …

 **Subscribe with Google**
Understand the impact with WSJ. Subscribe with Google. Only $8 per month.  ›

 **Economic Damages Expert**
Expert witness testimony. Forensic analysis. National Firm.  ›

 **20 million trust GoDaddy.**
Start building your brand with a domain name from GoDaddy.  ›

## People also viewed

 **Lisa Youngblood**
• 3rd+
Accounting Professional

Tyler Guenette
• 3rd
Substitute Teacher at Brentwood Union School Dist
Message



Jamie Wilton
• 3rd+
Planner at Alder King Property Consultants
Message



Karen Rarey
• 3rd
Council Member at City of Brentwood, CA
Message



Lamar Thorpe
• 3rd
Mayor, City of Antioch
Message

Show more

## People you may know

Dawn Curran
Employed at Law Firm
Connect



Franco Muzzio
Associate at Keker, Van Nest & Peters LLP
Connect



Victor Chiu
Associate at Keker, Van Nest & Peters LLP
Connect



R. James Slaughter
Partner, Keker, Van Nest & Peters LLP
Connect



Connect

Show more

Ian, learn what hiring managers look for in answers to top interview questions

 Tell me about a time you created a goal and achieved it.

 Tell me about a time you disagreed with someone.

 Tell me about a time you were successful on a team.

See all questions



Promoted

Want an Expert Advantage?
Let the Experts on Experts take your expert witness team to the next level

Negotiate with Confidence
Earn your online LLM from top-ranked Pepperdine in 12 months. JD req'd.

Sustainability Law
Learn about the latest developments in environmental law.

