# Exhibit C





# Dru Dominici · 3rd

Director of Wholesale, Abercrombie & Fitch

- Abercrombie & Fitch Co.
- Miami University

Columbus, Ohio Metropolitan Area · Contact info

500+ connections

 Message     More

## About

A driven merchant and operations manager with 12+ years of retail industry experience ranging the entirety of product strategy lifecycle. Proven success in growing sales, profitability, and efficiency across Men's, Women's, Kids' apparel and accessories businesses in both existing and new product categories. An invested and

## Activity

677 followers

 Follow

**Dru Dominici** posted this • 1w

Exciting opportunity to join a great team at a great company!

 **Wholesale/Franchise Merchant**
jobs.smartrecruiters.com • 2 min read



Dru Dominici commented on a post • 3w

Hell yes! Looking forward to being reunited. Congrats!

 484                                                              62 comments

Show all activity →

## Experience

 **Director of Wholesale**
Abercrombie & Fitch Co.
Jun 2019 - Present · 3 yrs
Columbus, Ohio Area

 **Lands' End**
5 yrs 2 mos
Dodgeville, Wisconsin

**Senior Merchandise Manager**
Apr 2016 - May 2019 · 3 yrs 2 mos

**Merchandise Manager**
Apr 2014 - Apr 2016 · 2 yrs 1 mo

 **Merchandising**
Abercrombie & Fitch
Aug 2008 - Apr 2014 · 5 yrs 9 mos

## Education

 **Miami University**
Bachelor of Science in Business, Finance
2004 - 2008
Grade: 3.8

## Licenses & certifications

 **Section4 Certified Strategist**
Section4




**Prosci® Certified Change Practitioner**
Prosci
Issued Apr 2021 · No Expiration Date

Show credential ↗

## Skills

**Merchandising** · 12

 Endorsed by Eddie Strauss and 1 other who is highly skilled at this

 Endorsed by 2 colleagues at Abercrombie & Fitch Co.

**Apparel** · 7

 Endorsed by Mark Maher and 1 other who is highly skilled at this

**Retail** · 6

 Endorsed by Mark Maher who is highly skilled at this

Show all 21 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Dru receives will appear here.

## Interests

**Companies**    Schools


**Prosci**
55,722 followers


153 followers

Show all 13 companies →

Ad  •••

Discover our unique approach to impact investment



Collaborating With the Brightest Minds

Follow

## People also viewed


**Ashley Kramer** • 3rd
Associate Wholesale Merchant at Abercrombie & Fitch Co.
Message


**Lauren Garner** • 3rd
Corporate Development at Abercrombie & Fitch
Message


**Victoria Whitten** • 3rd
Assistant Account Rep at Abercrombie & Fitch Co.
Message


**Brian Scarbro** • 3rd
Abercrombie & Fitch Wholesale--
Message


**Hannah Merrill Morgan** • 3rd
Human Resources Director at Abercrombie & Fitch Co.
Message



## People you may know

**Dawn Curran**
Employed at Law Firm

Connect


**Franco Muzzio**
Associate at Keker, Van Nest & Peters LLP

Connect


**Victor Chiu**
Associate at Keker, Van Nest & Peters LLP

Connect


**R. James Slaughter**
Partner, Keker, Van Nest & Peters LLP

Connect


**Victor H. Yu**
Associate at Keker, Van Nest & Peters LLP

Connect

Show more

 **LEARNING**

Add new skills with these courses, free for 24 hours

 Certified Analytics Professional (CAP) Cert Prep: Domains 1–4

 CIPP/US Cert Prep: 2 Private Sector Privacy

 Editing Mastery: How to Edit Writing to Perfection

 

Home    My Network    Jobs

**Promoted** ···

  **Want an Expert Advantage?**
Let the Experts on Experts take your expert witness team to the next level ⟩

  **Environmental Lawyers**
Build your professional reputation while you pursue your interests. ⟩

**Pursue Work in Mediation**
Earn your online LLM from top-ranked Pepperdine in 12 months. JD req'd. ⟩