# Exhibit F

THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIM CARTER MARTINEZ, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ZOOMINFO TECHNOLOGIES INC., a Delaware corporation<br><br>    Defendant. | Case No. 3:21-cv-05725-MJP<br><br>**ZOOMINFO TECHNOLOGIES INC.'S NOTICE OF APPEAL** |

DEFENDANT'S NOTICE OF APPEAL
(3:21-CV-05725-MJP)

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905-700

Defendant ZoomInfo Technologies Inc., by and through its undersigned attorneys, hereby gives notice that it is appealing this Court's April 11 Order, Dkt. 39, to the extent it denies the anti-SLAPP Motion to Strike. The appeal is made to the United States Court of Appeals for the Ninth Circuit. A copy of the Order is attached as Exhibit 1.

Pursuant to Ninth Circuit Rule 3-2, and in compliance with Rule 12(b) of the Federal Rules of Appellate Procedure, a Representation Statement identifying all parties to the action and contact information of their counsel is attached as Exhibit 2.

DATED: April 14, 2022

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: /s/ Alicia Cobb
   Alicia Cobb, WSBA #48685
   1109 First Avenue, Suite 210
   Seattle, Washington 98101
   Phone (206) 905-7000
   Fax (206) 905-7100
   aliciacobb@quinnemanuel.com

   Shon Morgan (*pro hac vice*)
   John W. Baumann (*pro hac vice*)
   865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
   Phone (213) 443-3000
   Fax (213) 443-3100
   shonmorgan@quinnemanuel.com
   jackbaumann@quinnemanuel.com

   Cristina A. Henriquez (*pro hac vice*)
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
   Phone (650) 801-5000
   Fax (650) 801-5100
   cristinahenriquez@quinnemanuel.com

   *Attorneys for Defendant ZoomInfo Technologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED this 14th day of April, 2022.

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685

DEFENDANT'S NOTICE OF APPEAL
(3:21-CV-05725-MJP)
-2-
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
(206) 905-7000