| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | R. ADAM LAURIDSEN - # 243780 |
| 2 | alauridsen@keker.com |
| | JULIA L. ALLEN - # 286097 |
| 3 | jallen@keker.com |
| | CODY GRAY - # 310525 |
| 4 | cgray@keker.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone:     415 391 5400 |
| 6 | Facsimile:     415 397 7188 |
| 7 | Attorneys for Defendants |
| | DEMANDBASE, INC., and |
| 8 | INSIDEVIEW TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMOS GBEINTOR, WILTON ALDERMAN, and DRU DOMINICI, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEMANDBASE, INC., and INSIDEVIEW TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 4:21-cv-09470-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION TO STAY**<br><br>**Pursuant to Fed. R. Evid. 201.**<br><br>Date:            November 10, 2022<br>Time:           2:00 p.m.<br>Courtroom:  2 —4th Floor<br>Judge:          Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed:  December 8, 2021<br><br>Trial Date:  N/A. |

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Before the Court is Defendants Demandbase Inc. and InsideView Technologies, Inc.'s request for judicial notice, filed in support of their motion to dismiss, motion to strike, and motion to stay the action filed by Plaintiffs Amos Gbeintor, Wilton Alderman, and Dru Dominici.

Having considered Defendants' request for judicial notice, including the declaration of R. Adam Lauridsen and the exhibits thereto, and the pleadings and papers on file in this action, the Court **GRANTS** Defendants' request for judicial notice. The Court takes judicial notice of Exhibits A through G to the Lauridsen Declaration in connection with Defendants' motions.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE