KEKER, VAN NEST & PETERS LLP
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
CODY GRAY - # 310525
cgray@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
DEMANDBASE, INC., and
INSIDEVIEW TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMOS GBEINTOR, WILTON ALDERMAN, and DRU DOMINICI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEMANDBASE, INC., and INSIDEVIEW TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 4:21-cv-09470-HSG<br><br>**DECLARATION OF IAN KANIG IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY**<br><br>**Pursuant to Fed. R. Evid. 201.**<br><br>Date:        November 10, 2022<br>Time:        2:00 p.m.<br>Courtroom:    2 —4th Floor<br>Judge:        Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed:  December 8, 2021<br><br>Trial Date:  N/A. |

1874762

# DECLARATION OF IAN KANIG

1.    I, Ian Kanig, am a senior associate at Keker, Van Nest & Peters LLP, counsel for Defendants Demandbase, Inc. and InsideView Technologies, Inc. in the above-captioned matter. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify competently thereto.  This declaration is filed in support of Defendants' reply in support of their motion to stay.

2.    Demandbase acquired InsideView in May 2021.  Following that acquisition, in February 2022, the InsideView database and public profile pages containing Plaintiffs' business-contact information that are the subject of this lawsuit were removed from public access.

3.    Presently, if one tries to navigate to insideview.com—the website that once permitted free, public access to Plaintiffs' limited profile pages and their alleged advertisements for InsideView Pro—they are redirected to Demandbase's homepage.

4.    Similarly, if one searches for Plaintiffs' (or anyone's) formerly public profile pages from the InsideView database using a search engine, no results return.

5.    Accordingly, the public can no longer view any of the alleged "advertisements" that Plaintiffs claim to have misappropriated their names and likenesses.

6.    Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' requests for production.  Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' interrogatories.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration was executed on July 8, 2022 at San Francisco, California.

IAN KANIG

Counsel for Defendants
DEMANDBASE, INC., and
INSIDEVIEW TECHNOLOGIES, INC.

# EXHIBIT A

Samuel J. Strauss (*Pro Hac Vice*)
sam@turkestrauss.com
Raina C. Borrelli (*Pro Hac Vice*)
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel Listed in Signature*

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| AMOS GBEINTOR, WILTON ALDERMAN, and DRU DOMINICI, on behalf of themselves and all others similarly situated, | Case No. 4:21-cv-09470-HSG |
| Plaintiffs, | Hon. Haywood S. Gilliam, Jr. |
| v. | Complaint Filed: December 8, 2021 |
| DEMANDBASE, INC. and INSIDEVIEW TECHNOLOGIES, INC., | |
| Defendants. | |

## PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs Amos Gbeintor, Wilton Alderman, and Dru Dominici ("Plaintiffs") hereby request that Defendants Demandbase, Inc. and InsideView Technologies, Inc. ("Defendants", "InsideView," and/or "you"), produce the documents requested herein.

PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS TO
DEFENDANTS - 1 (Case No. 4:21-cv-09470-HSG)

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

# INSTRUCTIONS

1.      Pursuant to Fed. R. Civ. P. 34(b)(2)(B), if you object to a request, please provide the specific reasons for your objection.

2.      Pursuant to Fed. R. Civ. P. 26(b)(5), if you withhold otherwise responsive information based on a claim the information is privileged, please provide a privilege log that includes: the nature of the material not disclosed; the date and time the material was created or sent; the identity of each author and recipient; the number of pages, attachments, and exhibits; and all information on which you base your claim of privilege.

3.      Pursuant to Fed. R. Civ. P. 26(e), you are under a continuing duty to supplement your responses to these discovery requests without further request from the Plaintiffs.

4.      Please provide all responsive Documents, including physical Documents, in electronic format. The format should include computer-searchable text, meta-data, and Bates-numbering. Plaintiffs request the parties meet and confer to agree on a stipulated order regarding the discovery of electronically stored information. Plaintiffs also request the parties meet and confer to agree on a stipulated protective order.

5.      You are requested to produce the responsive Documents within 30 days of the date this Request is served. If you believe production of responsive Documents will require more than 30 days, Plaintiffs request the parties meet and confer regarding which categories you believe will require more time and the reasons they will require more time.

# DEFINITIONS

6.      "Agreement" means any contract, arrangement, or understanding between two or more persons or entities, whether formal or informal.

7.      The "Class" means, consistent with ¶85 of the First Amended Complaint, all people in the United States who are not InsideView subscribers and whose names and personal information InsideView incorporated in profiles used to promote paid subscriptions, as well as all Ohio residents who are members of the Nationwide Class.

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

8.　"Database" means all information about individuals that is searchable on insideview.com. "Database" includes, but is not limited to, names, contact information, job titles, places of work, education histories, cities of residence, photographs, and other personal information to which InsideView provides searchable access on insideview.com.

9.　"Documents" means the original and any nonidentical copy of any written, printed, reproduced, graphic, photographic, electronic, audio, visual, or computer records, however produced or reproduced, that is in InsideView's possession, custody, or control. "Documents" includes but is not limited to: e-mail; electronically stored information ("ESI"); papers; notes; books; letters; facsimiles; photographs; videos; audio recordings; drawings; presentations; text messages; transcripts; minutes; court filings; calendars; contracts; agreements; microfilm; telephone logs; spreadsheets; social media communications; financial reports; accounting records; computer code, including but not limited to code implementing the website www.insideview.com; and databases, including any database containing Plaintiffs' and/or Class members' photographs and personal information. "Documents" includes information stored in or accessible through computer or other digital means, together with instructions and any materials necessary to use or interpret such information.

10.　"Insideview," "Defendants," or "you" means the Defendants to whom these Requests for Production of Documents are directed, including all past and present officers, directors, representatives, agents, and employees of the Defendants, and all past and present parents, subsidiaries, divisions, or controlling shareholders of the Defendants.

11.　"On-Site Messages" means all communications, pop-ups, text, images, photographs, banners, or other content promoting the purchase of an InsideView Pro subscription that may be accessed or viewed by a user on insideview.com.

12.　"Plaintiffs" means the named Plaintiffs in this lawsuit, Amos Gbeintor, Wilton Alderman, and Dru Dominici.

13.　"Profiles" mean the profiles about Plaintiffs and the Class that InsideView maintains and provides searchable access to as part of insideview.com.

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

14. "Profile Information" means the information about an individual that insideview.com displays in response to a search for that individual. Example "Profiles" appear in ¶¶34, 52, and 70 of Plaintiffs' First Amended Complaint. The information in those Profiles is Profile Information.

15. "Relating to" means consisting of, referring to, describing, discussing, constituting, evidencing, containing, mentioning, concerning, pertaining to, citing, summarizing, analyzing, or bearing any logical or factual connection with the subject.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

All current and past Agreements relating to the licensing or purchase of Profile Information. Agreements produced should include amounts paid and received.

**RESPONSE:**


**REQUEST NO. 2:**

Documents sufficient to show InsideView's revenue in each fiscal quarter derived from the sale of subscriptions to insideview.com.

**RESPONSE:**


**REQUEST NO. 3:**

All Documents relating to why InsideView provides searchable access to Plaintiffs' and Class members' Profiles to users who create a free account, including Documents relating to the value of Plaintiffs' and Class members' Profiles in attracting new users and converting free account users into paying users.

**RESPONSE:**


**REQUEST NO. 4:**

All Documents relating to why InsideView displays an "Export" button on Plaintiffs' and

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

Class members' Profiles to users with a free account, including Documents relating to the value of the "Export" button in prompting the purchase of an InsideView Pro subscription.

**RESPONSE:**

**REQUEST NO. 5:**

All Documents relating to why InsideView displays a "Build a list" button on Plaintiffs' and Class members' Profiles to users with a free account, including Documents relating to the value of the "Build a list" button in prompting the purchase of an InsideView Pro subscription.

**RESPONSE:**

**REQUEST NO. 6:**

All Documents relating to why InsideView displays an "Upgrade to InsideView Pro" button on Plaintiffs' and Class members' Profiles to users with a free account.

**RESPONSE:**

**REQUEST NO. 7:**

All Documents relating to whether InsideView has removed the named Plaintiffs' names, likenesses, and/or personal information from insideview.com and, if it has, documents relating to why InsideView removed Plaintiffs' name, likenesses, and/or personal information.

**RESPONSE:**

**REQUEST NO. 8:**

Documents sufficient to show InsideView's insurance coverage for legal claims, including all Agreements between InsideView and any insurer that include coverage for legal liability and any insurance coverage specifically related to the claims made by Plaintiffs in this matter.

**RESPONSE:**

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

**REQUEST NO. 9:**

Documents sufficient to show the number of Profiles in the Database.

**RESPONSE:**


**REQUEST NO. 10:**

Documents sufficient to show the number of Profiles in the Database for which the Profile Information indicates the individual's location is in Ohio.

**RESPONSE:**


**REQUEST NO. 11:**

Documents sufficient to show the number of Profiles in the Database where the individual represented in the Profile is, or has been, a paying subscriber or free account user of insideview.com.

**RESPONSE:**


**REQUEST NO. 12:**

Documents sufficient to show the number of Profiles in the Database for which the Profile Information indicates the individual's location is in Ohio, and where the individual represented in the Profile is, or has been, a paying subscriber or free account user of insideview.com

**RESPONSE:**


**REQUEST NO. 13:**

All Documents relating to whether InsideView obtained consent from Plaintiffs or any members of the Class for the use of their names, likenesses, and/or personal information.

**RESPONSE:**

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

**REQUEST NO. 14:**

All non-privileged Documents concerning whether InsideView's use of names, likenesses, and/or personal information of individuals in the Database implicates the privacy rights of the Profile's subjects or their intellectual property rights.

**RESPONSE:**

**REQUEST NO. 15:**

All Documents related to how InsideView obtained the Profile Information in the Database, including Documents sufficient to show whether the original authors and/or posters of that information intended it to be used to promote insideview.com subscriptions.

**RESPONSE:**

**REQUEST NO. 16:**

All Documents upon which InsideView intends to rely in asserting any affirmative defenses.

**RESPONSE:**

**REQUEST NO. 17:**

All documents relating to requests that InsideView has received to remove Profile Information in the Database from insideview.com, including documents sufficient to show how InsideView responded to each such request.

**RESPONSE:**

**REQUEST NO. 18:**

Documents sufficient to identify what information and/or services are included in an insideview.com subscription.

**RESPONSE:**

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

**REQUEST NO. 19:**

Documents sufficient to show what information is shown in Profiles and in any other solicitation for subscriptions that appears on insideview.com.

**RESPONSE:**


Dated: May 20, 2022     By: */s/ Raina C.  Borrelli*
Raina C. Borrelli (*Pro Hac Vice*)
raina@turkestrauss.com
Samuel J. Strauss (*Pro Hac Vice*)
sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Michael F. Ram (*Pro Hac Vice*)
Email: mram@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (*Pro Hac Vice*)
Law Office of Benjamin R. Osborn
Email: ben@osbornlaw.com
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464

*Attorneys for Plaintiffs and the Proposed Classes*

PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS TO
DEFENDANTS - 8 (Case No. 4:21-cv-09470-HSG)

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on May 20, 2022, I caused the foregoing to be transmitted by email to the following:

>Robert Adam Lauridsen (243780)
>alauridsen@keker.com
>Julia Lees Allen (286097)
>jallen@keker.com
>Cody Justin Kirmil Gray (310525)
>Cgray@keker.com
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA 94111-1809
>Telephone: (415) 391-5400
>Facsimile: (415) 397-7188

DATED this 20th day of May, 2022.

>TURKE & STRAUSS LLP
>
>By: _/s/ Raina C. Borrelli_
>Raina C. Borrelli
>raina@turkestrauss.com
>613 Williamson St., Suite 201
>Madison, WI 53703
>Telephone: (608) 237-1775
>Facsimile: (608) 509-4423

# EXHIBIT B

Samuel J. Strauss (*Pro Hac Vice*)
sam@turkestrauss.com
Raina C. Borrelli (*Pro Hac Vice*)
raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel Listed in Signature*

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| AMOS GBEINTOR, WILTON ALDERMAN, and DRU DOMINICI, on behalf of themselves and all others similarly situated, | Case No. 4:21-cv-09470-HSG |
| Plaintiffs, | Hon. Haywood S. Gilliam, Jr. |
| v. | Complaint Filed: December 8, 2021 |
| DEMANDBASE, INC. and INSIDEVIEW TECHNOLOGIES, INC., | |
| Defendants. | |

### <u>PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS</u>

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs Amos Gbeintor, Wilton Alderman, and Dru Dominici ("Plaintiffs") hereby request that Defendants Demandbase, Inc. and InsideView Technologies, Inc. ("Defendants", "InsideView," and/or "you"), by and through its attorneys, produce, in accordance with the Definitions and Instructions herein, answers to the following written interrogatories under oath within thirty (30) days.

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO
DEFENDANTS - 1 (Case No. 4:21-cv-09470-HSG)

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

## INSTRUCTIONS

1.      These interrogatories shall be deemed to be continuing, and to require you to supplement your response based upon any Documents or other information of which you become aware after you serve your initial response to these interrogatories.

2.      You are to answer each interrogatory by providing all responsive information. If you object to any interrogatory, specify the part to which you object, state your objections, state all factual and legal justifications that you believe support your objections, and respond to the remainder to which you do not object. *See* Fed. R. Civ. P. 33(b)(4).

3.      If you cannot respond fully and completely to any interrogatory or part thereof, then answer to the fullest extent possible and state the reason for your inability to provide a full and complete answer.

4.      To the extent that any information called for by any interrogatory is unknown to you, so state and set forth such information as is known to you. If any estimate can reasonably be made in place of unknown information, set forth your best estimate, clearly designated as such, and describe the basis upon which the estimate is made.

5.      Each interrogatory shall be construed to include information and Documents within your knowledge, possession or control as of the date you answer to these interrogatories, and any supplemental information, knowledge, data, Documents or communications responsive to these interrogatories that is generated, obtained or discovered after the date of your answers.

6.      Pursuant to Fed. R. Civ. P. 26(b)(5), if you withhold otherwise responsive information based on a claim the information is privileged, please provide a privilege log that includes: the nature of the material not disclosed; the date and time the material was created or sent; the identity of each author and recipient; the number of pages, attachments, and exhibits; and all information on which you base your claim of privilege.

7.      Pursuant to Fed. R. Civ. P. 26(e), you are under a continuing duty to supplement your responses to these discovery requests without further request from the Plaintiffs.

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

# DEFINITIONS

1.      "Agreement" means any contract, arrangement, or understanding between two or more persons or entities, whether formal or informal.

2.      The "Class" means, consistent with ¶85 of the First Amended Complaint, all people in the United States who are not InsideView subscribers and whose names and personal information InsideView incorporated in profiles used to promote paid subscriptions, as well as all Ohio residents who are members of the Nationwide Class.

3.      "Database" means all information about individuals that is searchable on insideview.com. "Database" includes, but is not limited to, names, contact information, job titles, places of work, education histories, cities of residence, photographs, and other personal information to which InsideView provides searchable access on insideview.com.

4.      "Documents" means the original and any nonidentical copy of any written, printed, reproduced, graphic, photographic, electronic, audio, visual, or computer records, however produced or reproduced, that is in InsideView's possession, custody, or control. "Documents" includes but is not limited to: e-mail; electronically stored information ("ESI"); papers; notes; books; letters; facsimiles; photographs; videos; audio recordings; drawings; presentations; text messages; transcripts; minutes; court filings; calendars; contracts; agreements; microfilm; telephone logs; spreadsheets; social media communications; financial reports; accounting records; computer code, including but not limited to code implementing the website www.insideview.com; and databases, including any database containing Plaintiffs' and/or Class members' photographs and personal information. "Documents" includes information stored in or accessible through computer or other digital means, together with instructions and any materials necessary to use or interpret such information.

5.      "Insideview," "Defendants," or "you" means the Defendants to whom these Requests for Production of Documents are directed, including all past and present officers, directors, representatives, agents, and employees of the Defendants, and all past and present parents, subsidiaries, divisions, or controlling shareholders of the Defendants.

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

6. "On-Site Messages" means all communications, pop-ups, text, images, photographs, banners, or other content promoting the purchase of an InsideView Pro subscription that may be accessed or viewed by a user on insideview.com.

7. "Plaintiffs" means the named Plaintiffs in this lawsuit, Amos Gbeintor, Wilton Alderman, and Dru Dominici.

8. "Profiles" mean the profiles about Plaintiffs and the Class that InsideView maintains and provides searchable access to as part of insideview.com.

9. "Profile Information" means the information about an individual that insideview.com displays in response to a search for that individual. Example "Profiles" appear in ¶¶34, 52, and 70 of Plaintiffs' First Amended Complaint. The information in those Profiles is Profile Information.

10. "Relating to" means consisting of, referring to, describing, discussing, constituting, evidencing, containing, mentioning, concerning, pertaining to, citing, summarizing, analyzing, or bearing any logical or factual connection with the subject.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify and describe the process by which InsideView obtains Profile Information for Plaintiffs and Class members.

### RESPONSE:


### INTERROGATORY NO. 2:

Identify and describe the purpose for which InsideView provides searchable access to Plaintiffs' and Class members' Profiles to users with a free account.

### RESPONSE:


### INTERROGATORY NO. 3:

Identify and describe the reason(s) that InsideView displays an "Export" button on

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

Plaintiffs' and Class members Profiles to users with a free account, even though those users cannot download Plaintiffs' and Class members' Profiles without purchasing an InsideView Pro subscription.

**RESPONSE:**

**INTERROGATORY NO. 4:**

Identify and describe the reason(s) that InsideView displays a "Build a list" button on Plaintiffs' and Class members' Profiles to users with a free account, even though those users cannot add Plaintiffs' and Class members' Profiles to their contact list without purchasing an InsideView Pro subscription.

**RESPONSE:**

**INTERROGATORY NO. 5:**

Identify and describe the reason(s) that InsideView displays an "Upgrade to InsideView Pro" button on Plaintiffs' and Class members' Profiles to users with a free account.

**RESPONSE:**

**INTERROGATORY NO. 6:**

Identify and describe the process by which InsideView obtains consent from individuals to use their names, likeness, and/or personal information in connection with insideview.com.

**RESPONSE:**

**INTERROGATORY NO. 7:**

Identify Your revenue in each fiscal quarter derived from the sale of subscriptions to insideview.com.

**RESPONSE:**

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

**INTERROGATORY NO. 8:**

Provide the name, last known address, and last known telephone number of each individual likely to have discoverable information concerning the allegations of the Complaint— along with the subjects of that information.

**RESPONSE:**

**INTERROGATORY NO. 9:**

Identify all categories of information from the Database that are available to a user that purchases an InsideView Pro subscription.

**RESPONSE:**

**INTERROGATORY NO. 10:**

State the number of Profiles in the Database.

**RESPONSE:**

**INTERROGATORY NO. 11:**

State the number of Profiles in the Database for which the Profile Information indicates the individual's location is in Ohio.

**RESPONSE:**

**INTERROGATORY NO. 12:**

State the number of Profiles in the Database for which the Profile Information indicates the individual represented in the Profile is, or has been, a paying subscriber or free account user of insideview.com.

**RESPONSE:**

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 ● FAX 608.509.4423
www.turkestrauss.com

**INTERROGATORY NO. 13:**

State the number of Profiles in the Database for which the Profile Information indicates the individual's location is in Ohio, and where the individual represented in the Profile is, or has been, a paying subscriber or free account user of insideview.com.

**RESPONSE:**

Dated: May 20, 2022        By:  */s/ Raina C. Borrelli*

Raina C. Borrelli (*Pro Hac Vice*)
raina@turkestrauss.com
Samuel J. Strauss (*Pro Hac Vice*)
sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Michael F. Ram (*Pro Hac Vice*)
Email: mram@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn (*Pro Hac Vice*)
Law Office of Benjamin R. Osborn
Email: ben@osbornlaw.com
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464

*Attorneys for Plaintiffs and the Proposed Classes*

PLAINTIFFS' FIRST SET OF INTERROGATORIES TO
DEFENDANTS - 7 (Case No. 4:21-cv-09470-HSG)

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

# CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on May 20, 2022, I caused the foregoing to be transmitted by email to the following:

> Robert Adam Lauridsen (243780)
> alauridsen@keker.com
> Julia Lees Allen (286097)
> jallen@keker.com
> Cody Justin Kirmil Gray (310525)
> Cgray@keker.com
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188

DATED this 20th day of May, 2022.

TURKE & STRAUSS LLP

By: _/s/ Raina C. Borrelli_
Raina C. Borrelli
raina@turkestrauss.com
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423