UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS GBEINTOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEMANDBASE, INC., et al.,<br><br>Defendants. | Case No. 21-cv-09470-TLT<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, **THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

1. <u>TRIAL DATE</u>:     May 20, 2024
   No. of Days: 5
   Courtroom 9, 19th Floor
   Jury Trial

2. <u>FINAL PRETRIAL CONFERENCE</u>:     April 18, 2024
   **LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**

3. <u>DISPOSITIVE MOTIONS (including <u>*Daubert*</u> motions)</u>:     Last day to *file* dispositive motions: 90 days after ruling or order issued on class certification motion.

   Last day to be heard: 35 days after filing dispositive motions.

   See Civil Local Rules for notice and filing requirements.

4. <u>FACT DISCOVERY CUT-OFF</u>:     July 31, 2023

5. <u>EXPERT REPORTS</u>:     Opening reports by 30 days after ruling or

|   |   |   |
|---|---|---|
|   |   | order issued on class certification motion. |
|   |   | Rebuttal reports by 60 days after ruling or order issued on class certification motion. |
| 6. | <u>EXPERT DISCOVERY CUT-OFF</u>: | 21 days after rebuttal expert reports due date. |
| 7. | <u>ADR</u>: | ADR to be completed by August 31, 2023 |
| 8. | <u>CLASS CERTIFICATION MOTION</u> <br> (including expert declarations, if any): | Last day to file motion: August 31, 2023 |
|   |   | Last day to file opposition to motion: October 5, 2023 |
|   |   | Last day to file reply to motion: November 2, 2023 |
| 9. | <u>HEARING ON MOTION TO DISMISS</u>: | December 6, 2022 |

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/).

## JURY TRIAL

The Court will take cause challenges and discuss hardship claims at side bar. The Court will inform counsel which hardship claims and cause challenges will be granted, but will not announce those dismissals until the selection process is completed. Peremptory challenges will be made in writing. The Court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first six to eight people remaining in numerical order.

The Court will send out to prospective jurors in advance of trial an electronic questionnaire soliciting information. In addition, if the parties wish to submit proposed voir dire questions, the parties must meet and confer and file a **joint set** of proposed questions that the Court may add to the electronic questionnaire. The parties will receive the responses prior to the in-court voir dire.

//

**SCHEDULING ORDER MODIFICATIONS**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause. Parties may file a formal brief, but a letter brief will suffice. The requesting party shall serve the opposing party on the same day the motion is filed and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline. **The parties may not modify the pretrial schedule by stipulation**. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.

**IT IS SO ORDERED.**

Dated: October 26, 2022

TRINA L. THOMPSON
United States District Judge