UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS GBEINTOR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEMANDBASE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-09470-TLT<br><br>**ORDER ON MOTION TO STAY** |

Before the Court is Defendants Demandbase, Inc. and InsideView Technologies, Inc.'s (jointly, "Defendants") anti-slapp motion to strike and motion to stay the action filed by Plaintiffs Amos Gbeintor, Wilton Alderman, and Dru Dominici pending resolution of the related Ninth Circuit appeal, *Martinez v. ZoomInfo Technologies, Inc*., Case No. 22-35305 (9th Cir. Apr. 15, 2022) ("Martinez appeal"). Defendants anti-slapp motion was filed on May 13, 2022, more than 60 days after the date of service in January 2022 and is, therefore, untimely. Cal. Code of Civ. Proc. § 425.16(f).

Having considered the parties' papers and argument, the Court GRANTS Defendants' motion to stay the proceedings, with the exclusion of discovery. Plaintiffs' action is STAYED pending resolution of the *Martinez* appeal. Defendants shall notify the Court within 10 days when the *Martinez* appeal resolves. In addition, a joint status statement is ordered to be filed no later than March 30, 2023 regarding the status of *Martinez v. ZoomInfo Technologies, Inc*., Case No. 22-35305 (9th Cir. Apr. 15, 2022) and its impact on the pending litigation.

//

//

//

The Court will reconsider the stay for purposes of discovery at that time. The trial date is hereby vacated. If the stay is lifted, in part or in whole, the remaining scheduled dates will either be maintained or adjusted on March 30, 2023.

**IT IS SO ORDERED.**

Dated: December 5, 2022

_____
TRINA L. THOMPSON
United States District Judge

2