UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS GBEINTOR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEMANDBASE, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-09470-TLT<br><br>**ORDER STAYING DISCOVERY PROCEEDINGS**<br><br>Re: ECF No. 70 |

　　　　In compliance with the Court's order, the parties filed a joint case management statement advising that oral arguments are set for April 14, 2023 in *Martinez v. ZoomInfo Technologies, Inc.*, Case No. 22-35305 (9th Cir. Apr. 15, 2022). ECF No. 70. In their statement, the parties seek clarification of the Court's order staying the case, except for discovery proceedings. ECF No. 68. The Court initially ordered the case to be stayed, with the exception to discovery on December 5, 2022. ECF No. 59. Subsequently, defendant was granted leave to file a motion for reconsideration as to the Court's finding that their anti-SLAPP motion was untimely. The Court granted defendant's motion finding that the anti-SLAPP motion was timely filed. ECF 68. In light of the stay, defendant's anti-SLAPP motion remains pending.

　　　　Upon the filing of an anti-SLAPP motion to strike, all discovery proceedings in the action are stayed until the ruling on the motion. Cal. Civ. Pro. § 425.16(g). Discovery is permitted when (1) the anti-SLAPP motion is based on a factual challenge and (2) plaintiff demonstrates good cause to take discovery that is limited to their opposition to the motion. *See Herring Networks, Inc. v. Maddow*, 8 F.4th 1148, 1155 (9th Cir. 2021).

　　　　Here, defendant's motion to dismiss or, in the alternative, motion to strike under California's anti-SLAPP statute was based on a legal challenge. *See* ECF 31. While disputing the

merits of the motion, plaintiffs nonetheless agreed that discovery is automatically stayed. Opp'n. to Mtn. to Stay, p. 2, ECF No. 39.

The Court, finding no authority to the contrary, **ORDERS** that the discovery proceedings are stayed. Upon the parties' notification to the Court ten (10) days after the ruling on the *Martinez* appeal, the court will re-set defendant's pending motion to dismiss or, in the alternative, to strike under California's anti-SLAPP statute and will request supplemental briefing limited to the ruling in *Martinez*.

**IT IS SO ORDERED.**

Dated: April 6, 2023

TRINA L. THOMPSON
United States District Judge