Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

[Additional Counsel on Signature Page]

Attorneys for Plaintiff and the Proposed
Class

KEKER, VAN NEST & PETERS LLP
ADAM LAURIDSEN (SBN 243780)
alauridsen@keker.com
JULIA L. ALLEN (SBN 286097)
jallen@keker.com
IAN KANIG (SBN 295623)
ikanig@keker.com
CODY GRAY (SBN 310525)
cgray@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415.391.5400
Facsimile:    415.397.7188

Attorneys for Defendants
DEMANDBASE, INC. and INSIDEVIEW
TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMOS GBEINTOR, WILTON ALDERMAN, and DRU DOMINICI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEMANDBASE, INC. and INSIDEVIEW TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 3:21-cv-09470-TLT<br><br>**JOINT NOTICE OF RULING**<br><br>Judge:        Hon. Trina L. Thompson<br><br>Date Filed:    December 8, 2021<br><br>Trial Date:    N/A.<br><br>. |

Per the Court's order, Plaintiffs and Defendants hereby provide joint notice that the Ninth Circuit has issued a ruling in *Martinez v. ZoomInfo Technologies, Inc. See* — F.4th ——, 2023 WL 6153577 (9th Cir. Sept. 21, 2023) ("*Martinez*"); *see also* Dkt. No. 71 at 1 (staying this action pending ruling in *Martinez* and ordering the parties to provide notice of ruling within ten days).

Upon this notice of ruling, the Court further ordered that it (1) "will re-set defendant's pending motion to dismiss or, in the alternative, to strike under California's anti-SLAPP statute" and (2) "will request supplemental briefing limited to the ruling in *Martinez*." Dkt. No. 71 at 2. To that end, the Parties respectfully request supplemental briefing limited to seven pages each, addressing what effect *Martinez* has on these proceedings, be filed simultaneously, on or before November 3, 2023, and that the Court reset at its convenience Defendants' pending motion for hearing.

Dated: September 29, 2023

Respectfully submitted,

/s/ Raina C. Borrelli
Raina C. Borrelli (*pro hac vice*)
raina@turkestrauss.com
Samuel J. Strauss (*pro hac vice*)
sam@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

Michael F. Ram, (*pro hac vice*)
mram@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

[Additional Counsel on Following Page]

Dated: September 29, 2023

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

/s/ Ian Kanig
ADAM LAURIDSEN
JULIA L. ALLEN
IAN KANIG
CODY GRAY

Attorneys for Defendants
DEMANDBASE, INC. and INSIDEVIEW
TECHNOLOGIES, INC.

Benjamin R. Osborn, (*pro hac vice*)
LAW OFFICE OF BENJAMIN R. OSBORN
ben@osbornlaw.com
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464

*Attorneys for Plaintiffs and the Proposed
Classes*

## **ATTESTATION OF CONCURRENCE IN ELECTRONIC FILING**

Pursuant to Civil Local Rule 5–1(i)(3), the undersigned counsel, whose ECF ID and password are being used to file this document, hereby attests that each of the signatories has concurred in the filing of this document and has authorized the use of their electronic signature.


*/s/ Ian Kanig*
IAN KANIG