Michael F. Ram (SBN 104805)
mram@forthepeople.com
Marie N. Appel (SBN 187483)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

*Attorneys for Plaintiffs and the Proposed Class*
*[Additional Counsel Listed on Signature Page]*

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| AMOS GBEINTOR, WILTON ALDERMAN, and DRU DOMINICI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEMANDBASE, INC. and INSIDEVIEW TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 3:21-cv-09470-TLT<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge Trina L. Thompson<br><br>Complaint Filed: December 8, 2021 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Amos Gbeintor, Wilton Alderman, and Dru Dominici hereby give notice that their claims in this action against Defendants Demandbase, Inc. and InsideView Technologies, Inc., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated: November 21, 2024 | By: /s/ Raina C. Borrelli |

Raina C. Borrelli (*pro hac vice*)
Samuel J. Strauss (*pro hac vice*)
Brittany Resch (*pro hac* vice)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com
bresch@straussborrelli.com

Michael F. Ram, (*pro hac vice*)
mram@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6293

Benjamin R. Osborn, (*pro hac vice*)
LAW OFFICE OF BENJAMIN R. OSBORN
63 Fiddlers Elbow Rd.
Margaretville, NY 12455
Phone: (347) 645-0464
Email: ben@benosbornlaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

**CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on November 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 21st day of November, 2024.

          STRAUSS BORRELLI PLLC

          By: */s/ Raina C. Borrelli*
               Raina C. Borrelli
               raina@straussborrelli.com
               STRAUSS BORRELLI PLLC
               One Magnificent Mile
               980 N Michigan Avenue, Suite 1610
               Chicago IL, 60611
               Telephone: (872) 263-1100
               Facsimile: (872) 263-1109